# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SIMEON KIRK-YOUNG ) | |
| 2587 Lafeuille Ave. #21 ) | |
| Cincinnati, Ohio 45211 ) | |
| ) | |
|     Plaintiff ) | Case No: 1:12-cv-00932-SSB-SKB |
| ) | |
| v. ) | |
| ) | NOTICE OF SETTLEMENT |
| GC SERVICES, LP, ) | |
| 6330 Gulfton ) | |
| Houston, Texas 77081 ) | |
| ) | |
|     Defendant. ) | |

## **NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, SIMEON KIRK-YOUNG ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: February 26, 2013        RESPECTFULLY SUBMITTED,

                                KROHN & MOSS, LTD.


                            By: /s/ David Tannehill

                                David Tannehill
                                Ohio Registration No. 0083968
                                Krohn & Moss, Ltd.
                                8043 Corporate Circle, Suite 3
                                North Royalton, Ohio 44133
                                phone: (216) 901-0609 x 203
                                fax: (866) 425-3459
                                dtannehill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ David Tannehill

David Tannehill
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, Ohio 44133
phone: (216) 901-0609 x 203
fax: (866) 425-3459
dtannehill@consumerlawcenter.com