# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Simeon Kirk-Young,
    Plaintiff

v.                                 Case No. 1:12-cv-932

GC Services, LP,
    Defendant

## ORDER

The Court having been advised by the parties that the within action has been settled;

It is **ORDERED** that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within Sixty (60) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: May 9, 2013                                      s/Sandra S. Beckwith
                                                                    Sandra S. Beckwith, Senior Judge
                                                                    United States District Court